UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

Daniel Hill, )
 )
       Plaintiff, )
 )
v. ) Case No. 2:07-CV-82
 )
Chase Bank USA, N.A. and Mann Bracken, )
LLC, )
 )
       Defendant. )

# AMENDED JOINT STATUS REPORT REGARDING SETTLEMENT

Plaintiff Daniel Hill ("Hill") and Defendant Mann Bracken, LLC ("MB LLC") and for their Joint Status Report Regarding Settlement and pursuant to this Court's Order of May 19, 2008 state as follows:

1. Hill and MB LLC have reached an agreement to settle Hill's individual claims against MB LLC. In furtherance of the settlement, Hill and MB LLC have exchanged a draft Settlement Agreement and Release and are presently negotiating release language.

2. Hill and MB LLC anticipate needing more time to finalize the Settlement Agreement before Hill is prepared to dismiss his claims against MB LLC.

3. As a result, the parties request that this court continue to stay any ruling on the Motion for Protective Order. Hill and MB LLC anticipate that Hill will be in a position to dismiss his claims against MB LLC within the next thirty days, assuming that Hill and MB LLC have agreed to and finalized the Settlement Agreement and Release.

6321325v1 881998

2

WHEREFORE, Plaintiff Daniel Hill and Defendant Mann Bracken, LLC respectfully request that this court continue to stay a ruling on the Motion for a Protective Order in light of their settlement.

Respectfully submitted,

/s/ Lance A. Raphael
Lance A. Raphael
The Consumer Advocacy Center P.C.
180 W. Washington, Suite 700
Chicago, IL 60602
Phone No. 312-782-5808
Fax No. 312-377-9930
E-mail Address: lance@caclawyers.com

/s/ Jennifer W. Weller
Jennifer W. Weller
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
Phone No.: 312-704-3000
Fax No.: 312-704-3001
E-mail Address: jweller@hinshawlaw.com

6321325v1 881998